168 A.3d 65

**REID, James**

v.

**STATE of Maryland**

**Pet. Docket No. 198, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1635, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 65

**RICHARDSON, Willie**

v.

**STATE of Maryland**

**Pet. Docket No. 105, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

(No. 0E00620746, District Court of Maryland—Prince George's County.)

Petition for writ of certiorari denied